IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LELA S. RIVERS,           ) | |
|                              ) | |
|    Plaintiff,     ) | |
|                              ) | CIVIL ACTION NO. |
|   v.             ) | 2:14cv1172-MHT |
|                              ) | (WO) |
| VAUGHN URGENT CARE, LLC,  ) | |
|                              ) | |
|    Defendant.     ) | |

OPINION

Plaintiff Lela Rivers, a nursing assistant, brought an action against her former employer, defendant Vaughn Urgent Care, LLC, alleging racial discrimination and retaliation pursuant to 42 U.S.C. § 1981 and Title VII of the Civil Rights Act of 1964, as well as the anti-retaliation provision of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 215(a)(3).

The parties have now settled the case, and filed a joint stipulation of dismissal.  Following briefing by the parties, the court is satisfied that Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir.

1982), which requires courts to review the fairness of private settlements of FLSA claims for unpaid back wages and liquidated damages, does not require such review of settlements, like the one before the court, involving only retaliation claims under FLSA (or other, non-FLSA claims).  See McQuillan v. H.W. Lochner, Inc., 2013 WL 6184063, at *3 (M.D. Fla. Nov. 25, 2013) (Honeywell, J., adopting recommendation of Smith, M.J.); Dorner v. Polsinelli, White, Vardeman & Shalton, P.C., 856 F. Supp. 1483, 1489 (D. Kan. 1994) (O'Connor, J.).

    Judgment will be entered accordingly.

    DONE, this the 19th day of May, 2016.

                           /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE